D+F

# ANTHONY C. OFODILE
### ATTORNEY-AT-LAW

Law Offices

Phone: (718) 852-8300
Facsimile: (718) 852-7361

498 Atlantic Ave.
Brooklyn, NY 11217

LL.M. Constitutional &
Administrative Law
LL.M. International Law

May 2, 2003

BY FAX

Hon. David G. Trager
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Fax No.: (718) 260-2518

**APPLICATION GRANTED.
SO ORDERED.**

David G. Trager
United States District Judge

Re:   Davis v. McCloud, et al.
      00 CV 6911 (DGT) (SMG)

Dear Judge Trager:

I represent the Plaintiff in the above-referenced case. The parties have reached a settlement of this case and the Court granted the parties an extension of time until today, Friday, May 2, 2003, to submit the final settlement agreement. Plaintiff respectfully requests the Court to grant another extension of time until Friday, May 9, 2003 within which to submit the final settlement agreement. Although the parties have agreed on the amount of the settlement, the Attorneys for the City Defendants are still drafting the terms of the settlement agreement. Counsel for the City Defendants have consented to a one-week extension of time.

Respectfully submitted by:

Anthony Ofodile, Esq.
Attorney for Plaintiff John Davis

C/M